IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| **NORA DUNN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NUMBER:** |
| ) | **2:23-cv-871** |
| **CARTER MANUEL, RMI REALTY** ) | |
| **GROUP, PAWNEE CONDOMINIUM** ) | |
| **ASSOCIATION, METCALF** ) | |
| **MANAGEMENT GROUP, and SHARON** ) | |
| **HYDINGER,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION FOR PARTIAL DISMISSAL

**COME NOW** the parties, Nora Dunn, as Plaintiff, and Carter Manuel, RMI Realty Group, Pawnee Condominium Association, Metcalf Management Group and Sharon Hydinger, as Defendants, by and through their respective counsel, and hereby stipulate that the above styled cause shall be dismissed, on a pro tanto basis only, as it relates to the Defendants, Carter Manuel and RMI Realty Group. This cause shall otherwise proceed unaffected against the remaining Defendants.

/s/Lee Wendell Loder
Lee Wendell Loder
Attorney for Plaintiff
Loder, P.C.
P.O. Box 13545
Birmingham, AL 35202

<u>/s/Thomas Coleman, Jr.</u>
Thomas Coleman, Jr.
Attorney for Carter Manuel and RMI Realty Group
Smith, Spires, Peddy, Hamilton & Coleman
3500 Colonnade Parkway – Suite 350
Birmingham, AL 35243