UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NORA DUNN,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:23-cv-00871-RDP |
| **CARTER MANUEL, et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

Before the court are the parties' Stipulations of Partial Dismissal (Docs. # 32, 34), filed January 26, 2024 and February 7, 2024. The claims against Defendants Carter Manuel and RMI Realty Group are **DISMISSED WITH PREJUDICE**.

The pending Motion to Dismiss filed by Carter Manuel and RMI Realty Group (Doc. # 15) is **ADMINISTRATIVELY TERMINATED**.

This dismissal shall not affect any other right, claim, or cause of action which Plaintiff has, or may have, against any remaining Defendant nor will it affect any motions that remain pending in this case.

**DONE** and **ORDERED** this February 8, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE